■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE CRAWFORD, Appellant.—Judgment, Supreme Court, New York County (Dorothy Cropper, J.), rendered on September 12, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Ross, Carro, Lynch and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NOEL NUGENT, Appellant.—Judgment, Supreme Court, Bronx County (Helen Freedman, J.), rendered on March 21, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Fein, Milonas, Rosenberger and Wallach, JJ.